AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Natalie Gill Bartlett

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: [redacted] 05 084 ML

American Power Conversion Corporation

TO: (Name and address of Defendant)

Jeffrey Giguere
Vice President & General Counsel
American Power Conversion Corporation
132 Fairgrounds Road, West Kingston, RI 02892

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Natalie G. Bartlett
45 Lakeside Drive
Narragansett, RI 02882

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK DATE 2/23/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE MAY 27, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* JOHN E. MOY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: [signature] VP
APC, 132 FAIRGROUNDS RD. WEST KINGSTON, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-27-05 [signature]
Date Signature of Server

41 WOODLAND DR. PORTSMOUTH, RI 02871
Address of Server

**JOHN E. MOY - CONSTABLE**
**DISTRICT COURT # 6004**
**SUPERIOR COURT # 119**
**FEDERAL PROCESS SERVER**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.