**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-84ML** **DATE: July 18, 2005**

**TITLE: Natalie Bartlett v. American Power**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Natalie Bartlett, Pro Se
Chip Palmer, Esq.

**PROCEEDING:** Rule 16 Conference

**RULING:** **Deadlines set. Order to follow.**
**Settlement conference to be scheduled.**