91 FRIENDSHIP STREET
PROVIDENCE, RHODE ISLAND 02903
TELEPHONE: 401-274-4040
FACSIMILE: 401-274-4099
WWW.RODIOBROWN.COM

Rodio & Brown, Ltd.
COUNSELLORS AT LAW

*Gardner H. Palmer, Jr.*
gpalmer@rodiobrown.com

September 6, 2005

**By Facsimile Only**

The Honorable Lincoln D. Almond
United States District Court
John O. Pastore Building
Two Exchange Terrace
Providence, RI 02903

Re: *Bartlett v. American Power Conversion Corporation, C.A. No. 05-084 ML*

Dear Judge Almond:

We are scheduled to appear before you on Thursday September 8, 2005 at 2:00 p.m. for a Settlement Conference in the above-captioned matter. Jeff Giguere, who is American Power Conversion Corporation's General Counsel, would like to be available for the conference telephonically if possible. Mr. Giguere has advised me that he has a number of in person and telephone conferences scheduled for the afternoon of September 8th. With the Court's permission, I would be present with settlement authority and would be able to reach Mr. Giguere by telephone if necessary.

We would appreciate whatever consideration the Court is able to provide in this matter. Thank you.

Very truly yours,

Gardner H. Palmer, Jr.

GHP, Jr.

cc: Mrs. Natalie Bartlett (By Regular Mail)
Jeffrey Giguere, Esq. (By Regular Mail)

9/7/05: DENIED. The ORDER Scheduling this conference for 9/8/05 was issued on July 19, 2005.