**Natalie G. Bartlett** 45 Lakeside Drive, Narragansett, RI 02882
phone 401 - 782-1398 email pchathamgr@aol.com

---

September 6, 2005

LINCOLN D. ALMOND
U.S. Magistrate Judge
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

RE: CA 05-84ML
Settlement Conference
Thursday, September 8, 2005

Dear Judge Almond:

This is a request for your approval to permit an associate of mine to be present, remain silent for the purpose of taking notes during the Settlement Conference scheduled for 2:00 P.M., Thursday, September 8, 2005. Approval of this request will be helpful to me in that it will enable me to concentrate upon what is being said instead of being concerned about note taking. I appreciate your consideration of this request.

Sincerely,

Natalie Gill Bartlett pro se plaintiff
(401) 782-1398

9/7/05: DENIED. Because the settlement conference is confidential and "off the record", note taking is not an essential element.
USMJ

Jeanine, FAX # 401 752-7265

This is the request we discussed yesterday, Thank you.

Natalie Bartlett
401 782-1398