UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATALIE GILL BARTLETT<br>Plaintiff<br><br>VS.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-084 ML |

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendant, American Power Conversion Corporation ("APC"), pursuant to Rule 6(b) and Local Rule 12, moves the Court to grant it an enlargement of time of 15 days to respond to the First Requests for Admission, the First Set of Interrogatories and the First Request for Production of Documents of Plaintiff, Natalie Gill Bartlett. The discovery responses are due on or before October 6, 2005 and Defendant requests that it be permitted until October 21, 2005 to serve its responses.

As grounds therefor, Defendant avers that it has invested significant time to complete its responses in timely fashion and its responses are substantially complete, but Defendant will be unable to complete the responses by October 6th. Defendant may be able to serve its Response to Plaintiff's First Requests for Admissions by October 6th and will do so if possible.

Granted. Mary M. Lisi USDJ 10/7/05

Gardner H. Palmer, Jr. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax
Email: gpalmer@rodiobrown.com

Date: October 5, 2005

**CERTIFICATION**

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 5th day of October, 2005.