**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NATALIE GILL BARTLETT** **Plaintiff** | : | |
| **VS.** | : | **C.A. No. 05-084 ML** |
| **AMERICAN POWER CONVERSION CORPORATION,** **Defendant.** | : | |

**DEFENDANT AMERICAN POWER CONVERSION**
**CORPORATION'S MOTION TO COMPEL**

Defendant, American Power Conversion Corporation, pursuant to Federal Rules of Civil Procedure 33, 34, 36 and 37, herein moves this Court to compel Plaintiff, Natalie Gill Bartlett, to (a) produce more responsive Answers to Interrogatory Nos. 3, 4, 5, 6, 9, 16 and 18 within five (5) days days; and (b) produce responsive documents pursuant to Defendant's Document Request Nos. 12, 20, 22, 30, 32 and 35 within five (5) days. In addition, Defendant asks the Court to overrule Plaintiff's objections to Request for Admission Nos. 32, 33, 35 and 34 and strike Plaintiff's denial of Request No. 40.

In support of this Motion, Defendant respectfully refers the Court to the accompanying Memorandum attached hereto and made a part hereof.

AMERICAN POWER CONVERSION
CORPORATION
By its Attorneys,

Gardner H. Palmer, Jr. Esq. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax

Date: November 9, 2005

**Natalie Gill Bartlett**
**vs.**
**American Power Conversion**
**Corporation, *et al.***
**C.A. No. 05-084 ML**

## CERTIFICATION

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 9th day of November, 2005.

Helena Amaral

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NATALIE GILL BARTLETT**<br>**Plaintiff** | : | |
| **VS.** | : | **C.A. No. 05-084 ML** |
| **AMERICAN POWER CONVERSION CORPORATION,**<br>**Defendant.** | : | |

**DEFENDANT AMERICAN POWER CONVERSION CORPORATION'S**
**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

1. Plaintiff Natalie Gill Bartlett filed suit against Defendant American Power Conversion Corporation on or about February 23, 2005 and served the Complaint on or about May 27, 2005. Defendant filed its answer to the Complaint on June 16, 2005.

2. The Court issued a Pretrial Order on July 18, 2005 requiring that discovery be completed by November 30, 2005.

3. On or about August 5, 2005, Defendant served Interrogatories, a First Request for Production of Documents and a Request for Admissions (copies can be made available to the Court) on Plaintiff. Plaintiff responded on or about September 3, 2005 but her responses were lacking in many respects.

4. Defendant wrote a detailed letter to Plaintiff on October 21, 2005 asking Plaintiff to voluntarily provide more responsive Interrogatory Answers, produce certain requested documents, and withdraw certain objections and denials to Admissions Requests in order to avoid a Motion to Compel. Defendant attaches as *Exhibit A* its October 21st letter which explains in some detail what Defendant is seeking and why. Notwithstanding, Plaintiff has neither responded to the letter nor provided the requested discovery.

5. Plaintiff's failure to provide the requested discovery is without excuse or justification, and because discovery closes November 30th, Defendant requests that this Court enter an order compelling responses within five (5) days, after which point Plaintiff shall be precluded from putting forth any evidence or claims not detailed in sworn, complete Answers to Interrogatories or responsive documents.

WHEREFORE, under the Federal Rules of Civil Procedure, Defendant requests that the Court enter an Order requiring the relief sought herein, including an Order requiring Plaintiff to provide complete Answers to Interrogatories within five (5) days, produce all responsive documents within five (5) days and withdraw the objections and denials specified in the motion within five (5) days.

AMERICAN POWER CONVERSION
CORPORATION
By its Attorneys,

Gardner H. Palmer, Jr. Esq. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax

**RULE 37 CERTIFICATE**

I, Gardner H. Palmer, Jr., counsel for Defendant, certify that in spite of good faith efforts to obtain complete Answers to Interrogatories and responses to Request for Production of Documents and Requests for Admission, Defendant has been unable to obtain the discovery.

Gardner H. Palmer, Jr.

Date: November 7, 2005

**Natalie Gill Bartlett**
**vs.**
**American Power Conversion Corporation, *et al.***
**C.A. No. 05-084 ML**

**CERTIFICATION**

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 9th day of November, 2005.

Helena Amaral