UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **NATALIE GILL BARTLETT**<br>**Plaintiff**<br><br>**VS.**<br><br>**AMERICAN POWER CONVERSION CORPORATION,**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 05-084 ML** |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant will take the deposition upon oral examination of Plaintiff **Natalie Gill Bartlett**, pursuant to Rule 30 of the Federal Rules, of Civil Procedure on **Tuesday, November 22, 2005**, commencing **at 10:00 a.m.** and continuing until completed.

The deposition will be conducted at the offices of counsel for Plaintiff, Rodio & Brown, Ltd., 91 Friendship Street, Providence, Rhode Island, 02903. The deposition will be before a court reporter authorized to administer oaths in Rhode Island and will be recorded stenographically. You are invited to attend and participate.

AMERICAN POWER CONVERSION CORPORATION
By its Attorneys

Gardner H. Palmer, Jr. (#3707)
Rodio & Brown, Ltd.
91 Friendship Street
Providence, RI 02903
Tel.: 401 274-4040
Fax: 401 274-4099

Date: November 9, 2005

**Natalie Gill Bartlett**
**vs.**
**American Power Conversion**
**Corporation, *et al.***
**C.A. No. 05-084 ML**

**CERTIFICATION**

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

Vivian Dafoulas
50 Fieldstone Drive
East Greenwich, RI 02818

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 9th day of November, 2005.

Helena Amaral