**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NATALIE GILL BARTLETT**<br>**Plaintiff** | : | |
| **VS.** | : | **C.A. No. 05-084 ML** |
| **AMERICAN POWER CONVERSION CORPORATION,**<br>**Defendant.** | : | |

**CONSENTED TO MOTION TO MODIFY PRETRIAL ORDER AND REQUEST FOR EXPEDITED CONSIDERATION**

Defendant, American Power Conversion Corporation, with the consent of Plaintiff, Natalie Gill Bartlett, respectfully requests that the Court modify the Pretrial Order entered in this case on July 18, 2005 by extending the dates for filing dispositive motions and the pretrial memoranda an additional thirty (30) days. Specifically, the parties ask that the date for filing dispositive motions be extended until January 16, 2006 and that the date for filing pretrial memoranda be extended until January 31, 2006. This case was answered in July 2005 and this is the parties' first request for an extension.

Currently, discovery has closed but Defendant has a discovery motion pending and just received the transcript of the deposition of the Plaintiff. In addition, Plaintiff has requested that Defendant provide additional information in response to her discovery requests, which Defendant is considering.

Accordingly, Defendant respectfully requests, with Plaintiff's consent, that the Court modify the Pretrial Order to extend the dispositive motion and pretrial memoranda dates contained therein by thirty days. Defendant also asks that the Court

Gardner H. Palmer, Jr. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
Tel. 401 274-4040
Fax 401 274-4099

Date: December 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9 2005, I delivered a copy of the foregoing by postage prepaid first class mail to:

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882