FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATALIE GILL BARTLETT<br>Plaintiff<br><br>VS.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br>Defendant. | : | C.A. No. 05-084 ML |

**DEFENDANT AMERICAN POWER CONVERSION CORPORATION'S MOTION TO COMPEL**

Defendant, American Power Conversion Corporation, pursuant to Federal Rules of Civil Procedure 33, 34, 36 and 37, herein moves this Court to compel Plaintiff, Natalie Gill Bartlett, to (a) produce more responsive Answers to Interrogatory Nos. 3, 4, 5, 6, 9, 16 and 18 within five (5) days days; and (b) produce responsive documents pursuant to Defendant's Document Request Nos. 12, 20, 22, 30, 32 and 35 within five (5) days. In addition, Defendant asks the Court to overrule Plaintiff's objections to Request for Admission Nos. 32, 33, 35 and 34 and strike Plaintiff's denial of Request No. 40.

In support of this Motion, Defendant respectfully refers the Court to the accompanying Memorandum attached hereto and made a part hereof.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 12/9/05

AMERICAN POWER CONVERSION CORPORATION
By its Attorneys,

Gardner H. Palmer
Gardner H. Palmer, Jr. Esq. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax

Date: November 9, 2005

**Natalie Gill Bartlett**
**vs.**
**American Power Conversion**
**Corporation, *et al.***
**C.A. No. 05-084 ML**

**CERTIFICATION**

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 9th day of November, 2005.

Helena Amaral