UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATALIE GILL BARTLETT<br>Plaintiff<br><br>VS.<br><br>AMERICAN POWER CONVERSION CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-084 ML |

**ORDER REGARDING DEFENDANT'S MOTION TO DISMISS**

This matter came on to be heard before the Court on January 23, 2006, the Honorable Lincoln D. Almond presiding, upon Defendant American Power Conversion Corporation's Motion to Dismiss the Complaint of Plaintiff Natalie Gill Bartlett for her failure to comply with the December 9, 2005 Order of the Court, and Plaintiff's Objection thereto. Upon consideration of the papers and pleadings in this case and the arguments of the parties, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. Defendant's Motion to Dismiss is DENIED;

2. Within ten (10) days, Plaintiff shall identify all health care providers she has seen, consulted or treated with from January 1, 2000 to the present.

3. Within thirty (30) days, Plaintiff shall produce to Defendant all documents, as identified in Defendant's Request for Production No. 12, from her health care providers for the period from January 1, 2000 to the present.

ENTER:

USMJ

Date: January 24, 2006

BY ORDER:

Date: January 24, 2006

**Natalie Gill Bartlett**
**vs.**
**American Power Conversion**
**Corporation, *et al.***
**C.A. No. 05-084 ML**

Presented by:

Gardner H. Palmer, Jr. (# 3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
Tel.: 401 274-4040
Fax: 401 274-4099
Email: gpalmer@rodiobrown.com

Date: January 23, 2006

## CERTIFICATION

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 23rd day of January, 2006.