

**Cheryl Darcy**

04/01/2004 03:10 PM

To: Emily Mohrfeld/CORP/NAM/APCC@APCC
cc:
Subject: our meeting and subsequent memo

I cannot say that I am really in fear for my life regarding this person, but I know that several co-workers were witness to her telling another person that she carries a pistol in her purse. I do not know if it was true or "just talk", I never saw it and therefore cannot accuse, but there is one department member who has told her husband that if anything ever happens to her to look toward this person as suspicious. This may sound very melodramatic, but you never know what goes on in people's heads when they are upset and unhappy. We never really considered it a threat until we have become aware that this person seems to be unhappy in general and also with several co-workers lately. She has also bragged to several people that she has connections with "the mob" and has a person who will do her bidding if she asks. I don't want to create a problem where there may not be one (and I certainly don't want her to get any more upset with me or anyone else than she already is). I would prefer that this person's issues with us would just be put to rest and stop resorting to childish tatteling, but in case it ever escalates, at least someone is aware. You read in the news so many times of people in the workplace just snapping and you never know which person it will be. I assume that this will be kept confidential, as I wish to have no repercussions from this person . Meanwhile, even though you have not mentioned a name of the complainant, I am keeping a business only rapport with the person I believe it to be and am very carefull to have pleasant manner.

http://www.apc.com



EXHIBIT 3.6.