**Penny Edwards**

04/28/2004 03:04 PM

To: Brian Gough/MAG/NAM/APCC@APCC
cc: Sue Sutherland/CORP/NAM/APCC@APCC, Emily Mohrfeld/CORP/NAM/APCC@APCC
Subject: Fw: Natalie

Brian,

I agree this will definitely add to the tension, I am available anytime on Thursday or Friday. Thanks.
----- Forwarded by Penny Edwards/MAG/NAM/APCC on 04/28/2004 03:03 PM -----

**Brian Gough**

04/28/2004 02:36 PM

To: Penny Edwards/MAG/NAM/APCC@apcc, Sue Sutherland/CORP/NAM/APCC@APCC
cc: Emily Mohrfeld/CORP/NAM/APCC@APCC
Subject: Natalie

Lou and I met with Natalie today and informed her that we had received a complaint from someone indicating that Natalie was overheard commenting that she keeps a gun in her handbag.

Natalie was extremely upset, and claims this is turning into harassment - which she will discuss with her attorney. I have indicated to her that if she does discuss with her attorney, and any communication was to come from him/her, then it should be done through our legal counsel - Jeff Giguere.

She did agree that it was the responsible thing for us to do to question her and request she show Lou Clark the contents of her handbag. She still was not happy about it.

Lou went to the general area of her work cubicle - and waited out in the hallway while Natalie went into her workstation and came out to show him her bag. (This was done to prevent any claim of defamation of character). Lou has confirmed that no weapons were found in the bag.

Natalie has said that she did not make the statement, that she does not keep a gun in her handbag, does not own a gun, does not have a gun permit.

I believe this incident will result in a further escalation of the tension in that department. We need to address immediately. I would recommend we all meet sometime on Thursday or Friday of this week to formulate a communication and action plan.

Brian Gough
Director of Human Resources - NAM/LAM

http://www.apc.com

C48

EXHIBIT 3.C.