May 5, 2004

Conversation with Dorothy McAleer and Emily Mohrfeld

Dorothy stopped by Emily's office to discuss with her some concerns she has felt lately. Dorothy explained to Emily that she wanted to discuss how she has been feeling concerning Natalie Barlett. Dorothy explained that Natalie has made comments about Natalie's connection to the mob and that she knew people that could make someone disappear. Dorothy felt that although this comments were made to a group that included Dorothy, she feels that Natalie was directing this comments at her specifically.

Dorothy told her husband, kids, and family that if something should happen to her that they should look at Natalie at APC.

Dorothy also noted that George Sirrine and her were talking and George told Dorothy that he had heard Natalie make the comment that, Natalie wish she knew a terrorist that would blow up the plane that Dorothy takes to and from Florida. (Dorothy explained to me that her husband lives in Florida for the winter because of health reasons and she travels down to see him often during the winter).

Dorothy said that she can heard Natalie on the phone all day. Dorothy states that Natalie makes more personal phone calls during the day then business calls. She feels we should check Natalie's phone records.

Dorothy stated that her husband needs to have heart surgery and that he has been putting it off because of this situation with Natalie.

Dorothy explained to me that she comes in at different times and leaves at different times everyday and takes different routes home because she does not feel safe. She said that she changes her schedule daily because she does not feel comfortable or safe. Dorothy feels that this is not right or normal.

She feels threatened by Natalie. Dorothy stated that Natalie sits behind her on a daily bases and she does not feel comfortable or safe. Dorothy feels threatened by Natalie behind her and is fearful that she will soon begin to make mistakes because of the threat.

Dorothy would like to know what her options are and how she should handle this situation. She would like to know what protects her.



EXHIBIT 3.d.