May 6, 2004

Conversation with George Sirrine, Brian Gough, and Emily Mohrfeld

Emily asked George to come down to her office. Brian asked George if he had ever heard comments made by Natalie Bartlett. George explained that she has made some crazy comments in the past about connections she may have, certain individuals she knows, and activities she entertains.

George did confirm the fact that Natalie did state that she did want to know which plane Dorothy McAleer flies to and from Florida on and to have terrorists attack it. George also told Brian and Emily that Natalie encouraged another employee, Cheryl Greene, to call the IRS on Dorothy concerning her registration and vehicle plates in Florida.

George stated that he barely speaks with her and when he does it is civil and they talk about her dog. George does believe that Natalie does have some issues and that she is not stable.

George did comment that the department is tense and that something needs to change and he is excited for the change in structure that Sue Sutherland presented.



EXHIBIT 3.e.