UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Gardner Palmer, Jr., Esq.

RE: CA 05-084ML

Natalie Gill Bartlett v. American Power Conversion Corp.

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 4 / 17 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

xx 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other_____

ENTER: [signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 4/17/06

SCANNED

RECEIVED
APR 17 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATALIE GILL BARTLETT<br>Plaintiff | : | |
| VS. | : | C.A. No. 05-084 ML |
| AMERICAN POWER CONVERSION CORPORATION,<br>Defendant. | : | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendant American Power Conversion Corporation objects to Plaintiff's Motion to Compel APC to provide further responses to Interrogatory Nos. 4, 4a, 4b and 5, and to Request for Production of Documents Nos. 1, 16 and 17. For the reasons stated in Defendant's accompanying Memorandum, Defendant respectfully asks the Court to deny Plaintiff's Motion to Compel.

AMERICAN POWER CONVERSION CORPORATION
By its Attorneys,

[signature]

Gardner H. Palmer, Jr. Esq. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax
gpalmer@rodiobrown.com

Date: April 11, 2006

**CERTIFICATION**

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 14th day of April, 2006.

Helena Amaral

RECEIVED
APR 17 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATALIE GILL BARTLETT<br>Plaintiff | : | |
| VS. | : | C.A. No. 05-084 ML |
| AMERICAN POWER CONVERSION CORPORATION,<br>Defendant. | : | |

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendant American Power Conversion Corporation ("APC") opposes for procedural and substantive reasons Plaintiff's Motion to Compel APC to provide further responses to Interrogatory Nos. 4, 4a, 4b and 5, and to Request for Production of Documents Nos. 1, 16 and 17. Plaintiff's Motion fails to follows the requirements of Local Rule 37(a) (LR Cv 37) relating to motions to compel discovery responses and is untimely. Aside from the Motion's procedural faults, APC has either adequately answered each request or lodged valid objections to them. Accordingly, the Motion should be denied.

**I. Plaintiff's Motion to Compel is untimely.**

APC first responded to Plaintiff's Interrogatories, Request for Production of Documents and Request for Admissions in October 2005. APC served a Supplemental Document response on December 22, 2005. At Plaintiff's request, on January 19, 2006, Plaintiff served Supplemental Answers to Interrogatories even though, in most cases, APC did not believe Plaintiff was entitled to additional information. At a January 23, 2006 hearing before Magistrate Judge Almond on APC's Motion to Dismiss due to Plaintiff's failure to make discovery responses, Plaintiff attempted to bring forward issues she had with APC's discovery responses. The Court advised Plaintiff that the