**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**Natalie Gill Bartlett** :

**Plaintiff** :

v. : **CASE: CA 05 084 ML**

**American Power Conversion Corporation:**

**Defendant** :

**PLAINTIFF'S MOTION REQUESTING COURT ORDER TO DEFENDANT, AMERICAN POWER CONVERSION CORPORTION TO PROVIDE COPIES OF CORPORATE PERSONNEL POLICY RELATED TO ADMINISTRATION OF EMPLOYEE DISCIPLINARY ACTION**

The plaintiff Natalie Gill Bartlett respectfully requests the Court to issue a Court Order requiring American Power Conversion Corporation Brian Gough, Director of Headquarters Human Resources Department to certify to the following: American Power Conversion Corporation does not have as part of its Corporate Personnel Policy a section dealing with the required administration of employee disciplinary action which includes detailed instruction covering the handling of corrective discipline covering the administration of warning and probation, discussion of seriousness of offenses, employee tenure, performance and attendance record including any procedural aspects for management and supervisory handling of situations where no prior documentation of poor performance or problematic behavior of an employee exists.

1. This certification is not to include reference to the APC Corrective Discipline Process provided the plaintiff during discovery which is not labeled, APC Corporate Personnel Policy.

2. A response similar to APC's Supplemental Response No.1 included in APC's December 22, 2005 Supplemental Response to First Request for Production of Document's stating, "Moreover, APC does not have the type of document that you are referring to", is not adequate. If APC Corporation does not have any specific procedure for the administration of employee disciplinary action, simply certify to this fact.

Natalie Gill Bartlett pro se plaintiff

45 Lakeside Drive
Narragansett, RI 02882
(401) 782-1398

Date: May 2, 2006

**CERTIFICATION**

Gardner H. Palmer,Jr.
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903

I hereby certify that I sent a copy of the within document to the party listed above by regular, first class mail, postage prepaid on the 2nd day of May, 2006

Natalie G. Bartlett pro se plaintiff