Case 1:05-cv-00084-ML-LDA Document 32-4 Filed 05/03/2006 Page 1 of 1



Corrective Discipline

## Corrective Discipline

The Company expects that all employees will perform their responsibilities and conduct themselves in accordance
with established Company policies, business practices and procedures. Poor performance or any conduct that interferes with, or adversely affects the operation of the Company will result in corrective disciplinary action up to
and including termination of employment.

Under normal business circumstances, there are progressive steps in the Company's disciplinary procedure. Depending upon the particular issues involved, disciplinary action may include any one or more of the following:
- verbal warning
- probation
- corrective action plan
- suspension (with or without pay)
- written warning
- termination of employment

**Corrective Action Process**




In considering disciplinary action an, a manager should take the following factors into account: performance record, length of service, attendance record, action taken toward other employees in similar incidents, etc.

Open communication provides a means for employees to receive feedback by both formal and informal means.

Verbal and/or written warnings, counselings / corrective action plans are normally administered prior to termination of employment to ensure that the employee has been made aware of the severity/frequency of the situation and has been given the opportunity to take corrective action.

Corrective action must be tailored on a case by case basis. It is understood that in certain instances of misconduct, violation of Company policy, or poor performance, may result in immediate termination of employment.

The Company is an "at will" employer and reserves the right to terminate for any reason, at any time, with or without cause.

EXHIBIT NO. 3 003