**EXHIBITS #'s 2.a., 2.b., 2.c., 2.d.**

Includes No. 2.a., a Cheryl Darcy communication to Emily Mohrfeld mentioning other unnamed employees alleged to have overheard plaintiff statements related to carrying a pistol and having mob connections.

Includes No. 2.b., a Dorothy McAleer statement stating the plaintiff's desire to blow up the plane that Dorothy takes to Florida.

Includes No. 2.c., a Cheryl Darcy statement regarding plaintiff statement that she has access to guns and knives

Includes No. 2.d., a George Sirinne statement regarding plaintiff's desire to have terrorists attack Dorothy McAleer's plane and his defamatory statement that the plaintiff is not stable.



**Cheryl Darcy**
04/01/2004 03:10 PM

To: Emily Mohrfeld/CORP/NAM/APCC@APCC
cc:
Subject: our meeting and subsequent memo

I cannot say that I am really in fear for my life regarding this person, but I know that several co-workers were witness to her telling another person that she carries a pistol in her purse. I do not know if it was true or "just talk", I never saw it and therefore cannot accuse, but there is one department member who has told her husband that if anything ever happens to her to look toward this person as suspicious. This may sound very melodramatic, but you never know what goes on in people's heads when they are upset and unhappy. We never really considered it a threat until we have become aware that this person seems to be unhappy in general and also with several co-workers lately. She has also bragged to several people that she has connections with "the mob" and has a person who will do her bidding if she asks. I don't want to create a problem where there may not be one (and I certainly don't want her to get any more upset with me or anyone else than she already is). I would prefer that this person's issues with us would just be put to rest and stop resorting to childish tatteling, but in case it ever escalates, at least someone is aware. You read in the news so many times of people in the workplace just snapping and you never know which person it will be. I assume that this will be kept confidential, as I wish to have no repercussions from this person . Meanwhile, even though you have not mentioned a name of the complainant, I am keeping a business only rapport with the person I believe it to be and am very carefull to have pleasant manner.

http://www.apc.com



EXHIBIT 2.a.

May 5, 2004

Conversation with Dorothy McAleer and Emily Mohrfeld

Dorothy stopped by Emily's office to discuss with her some concerns she has felt lately. Dorothy explained to Emily that she wanted to discuss how she has been feeling concerning Natalie Barlett. Dorothy explained that Natalie has made comments about Natalie's connection to the mob and that she knew people that could make someone disappear. Dorothy felt that although this comments were made to a group that included Dorothy, she feels that Natalie was directing this comments at her specifically.

Dorothy told her husband, kids, and family that if something should happen to her that they should look at Natalie at APC.

Dorothy also noted that George Sirrine and her were talking and George told Dorothy that he had heard Natalie make the comment that, Natalie wish she knew a terrorist that would blow up the plane that Dorothy takes to and from Florida. (Dorothy explained to me that her husband lives in Florida for the winter because of health reasons and she travels down to see him often during the winter).

Dorothy said that she can heard Natalie on the phone all day. Dorothy states that Natalie makes more personal phone calls during the day then business calls. She feels we should check Natalie's phone records.

Dorothy stated that her husband needs to have heart surgery and that he has been putting it off because of this situation with Natalie.

Dorothy explained to me that she comes in at different times and leaves at different times everyday and takes different routes home because she does not feel safe. She said that she changes her schedule daily because she does not feel comfortable or safe. Dorothy feels that this is not right or normal.

She feels threatened by Natalie. Dorothy stated that Natalie sits behind her on a daily bases and she does not feel comfortable or safe. Dorothy feels threatened by Natalie behind her and is fearful that she will soon begin to make mistakes because of the threat.

Dorothy would like to know what her options are and how she should handle this situation. She would like to know what protects her.



**Cheryl Darcy**
03/31/2004 09:53 AM

To: Emily Mohrfeld/CORP/NAM/APCC@APCC
cc: Penny Edwards/MAG/NAM/APCC@apcc
Subject: recent meeting

Upon reflection of the content of our meeting a moment ago, I would also like it noted that during the alleged "offensive conversation" all the people at the table, at that time, laughed (including Fran) and took the incident in the humor that it was intended. From what I understand, (if the complainant is who I believe it is) one of those people is now unhappy with several department members and has decided to use every possible petty incident for revenge. She has also accused people of "making faces" at her, of myself not giving her accounts appropriate and equal attention. She has also made "offensive comments" (asking Fran what she did to gain gifts from her new boyfriend) These comments and others were so offensive to Fran that she was reduced to tears. In as much as you are correct in saying that perhaps my joke with Fran should have been conducted outside of business hours (even though our lunch period is our own time that we are not on the company clock for) it seems that it was brought forward now, 6 months later, for totally different and non-related reasons. That no one seemed offended at the time, but had to think about it for 6 months in order to realize that she may have been offended? I feel that it needs to be noted that it is very difficult to have a co-worker that you are afraid to look at, or speak to, or give a correction to for fear of retaliation. (so much so , that many of us avoid conversation or contact with completely, unless absolutely necessary for business reasons, as she had made clear in the past that she has access to guns and knives) If the complainant is not who I suspect, then I am worng about the sense of humor and type of friendship I thought I had with the others at the table who I also socialize with outside of work. However I would like my comments regarding the actions of the other person to stand and be noted. If you need me to state a name, I will. This is the type of person we need to be concerned with. People who are bitter and unhappy with their surroundings often turn to violence.
Thank you for your time in reading this.
http://www.apc.com

Exhibit No. 2.C.

044

May 6, 2004

Conversation with George Sirrine, Brian Gough, and Emily Mohrfeld

Emily asked George to come down to her office. Brian asked George if he had ever heard comments made by Natalie Bartlett. George explained that she has made some crazy comments in the past about connections she may have, certain individuals she knows, and activities she entertains.

George did confirm the fact that Natalie did state that she did want to know which plane Dorothy McAleer flies to and from Florida on and to have terrorists attack it. George also told Brian and Emily that Natalie encouraged another employee, Cheryl Greene, to call the IRS on Dorothy concerning her registration and vehicle plates in Florida.

George stated that he barely speaks with her and when he does it is civil and they talk about her dog. George does believe that Natalie does have some issues and that she is not stable.

George did comment that the department is tense and that something needs to change and he is excited for the change in structure that Sue Sutherland presented.