**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NATALIE GILL BARTLETT** <br> **Plaintiff** <br><br> **VS.** <br><br> **AMERICAN POWER CONVERSION CORPORATION,** <br> **Defendant.** | : | **C.A. No. 05-084 ML** |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR COURT ORDER TO REQUIRE DEFENDANT TO PROVIDE ADDITIONAL INFORMATION**

Defendant American Power Conversion Corporation objects to Plaintiff's Request for Court Order to Require Defendant to Provide Additional Information in Support of Plaintiff's Complaint. By her Request, Plaintiff asks the Court to require APC to respond to new discovery requests (Plaintiff's Items 1a, 1b, 1c and 2). She also asks the Court to require APC to provide further responses to discovery requests which (a) the Court has either already denied (Plaintiff's Item 3) or (b) Plaintiff has previously stipulated are withdrawn (Plaintiff's Item 3). Plaintiff's Request comes more than eight months after the close of discovery and about eight months beyond the last date on which discovery motions could be filed in accordance with the Pretrial Order.

For the reasons stated in Defendant's accompanying Memorandum, Defendant respectfully asks the Court to deny Plaintiff's Request for Court Order.

AMERICAN POWER CONVERSION CORPORATION
By its Attorneys,

/s/ Gardner H. Palmer, Jr.
Gardner H. Palmer, Jr. Esq. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax
gpalmer@rodiobrown.com

**Natalie Gill Bartlett**
**vs.**
**American Power Conversion**
**Corporation, *et al.***
**C.A. No. 05-084 ML**

Date: August 21, 2006

**CERTIFICATION**

Natalie Gill Bartlett
45 Lakeside Drive
Narragansett, RI 02882

I hereby certify that the original of this document was filed electronically and is available for viewing and downloading from the ECF system. I further certify that I caused a copy of the within document to be sent to the party listed above by regular, first class mail, postage prepaid on the 21st day of August, 2006.

/s/ Gardner H. Palmer, Jr.