UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**NATALIE GILL BARTLETT**

**VS.** **C.A. NO. 05-084ML**

**AMERICAN POWER CONVERSION CORPORATION**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, American Power Conversion Corporation, against the Plaintiff, Natalie Gill Barlett, pursuant to the Memorandum and Order dated September 20, 2006 DENYING Plaintiffs' Motion for Summary Judgment and GRANTING Defendant's Motion for Summary Judgment**

Enter:

Barbara Barletta

Deputy Clerk

DATED: September 20, 2006